Brian Sheldon, WSBA #32851
Phillabaum, Ledlin, Matthews & Sheldon
421 West Riverside, Suite 900
Spokane, Washington 99201
509-838-6055
509-625-1909 Fax
bsheldon@spokelaw.com

IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES P. SPURGETIS, Personal Representative of MICHAEL W. BOOTH, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CH2M HILL DISABILITY PLAN,<br><br>Defendant. | NO.   CV-10-172-LRS<br><br>ORDER OF DISMISSAL OF ACTION |

THIS MATTER coming on for hearing upon stipulation of the parties, through their respective counsel, and it appearing that said action and all causes therein have been fully settled and compromised, and that said action should be dismissed with prejudice and without fees or costs,

It is, therefore,

ORDERED, ADJUDGED AND DECREED that the above-entitled action and all causes therein be and the same are hereby dismissed with prejudice and without fees or costs.

DONE IN OPEN COURT this 1st day of November, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER OF DISMISSAL - 1

**PHILLABAUM, LEDLIN, MATTHEWS, SHELDON & KIME, PLLC**
ATTORNEYS AT LAW
421 WEST RIVERSIDE, SUITE 900
SPOKANE, WASHINGTON  99201-0413
TELEPHONE (509) 838-6055